NICCND (12/1/10)

**UNITED STATES BANKRUPTCY COURT**
**District of Oregon**

U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
**F I L E D**

June 19, 2012

Clerk, U.S. Bankruptcy Court

BY DEPUTY

In re  )
**Patricia Marie Staples**  ) Case No. **12–32136–elp7**
Debtor(s)  )
 )  NOTICE OF INTENT
 )  TO CLOSE CASE
 )  WITHOUT ENTRY OF
 )  DISCHARGE
 )

It appearing a certification of completion of instructional course concerning financial management (debtor education) has not been filed by the debtor, now, therefore,

**NOTICE IS GIVEN** that, even if a debtor is otherwise eligible for a discharge, this case may still be closed, upon completion of all case administration, without entry of a Discharge Order for a noncomplying debtor, and without further notice per 11 USC §727(a)(11), unless, within 15 days of the FILED date above, a Debtor's Certification of Completion of Postpetition Instructional Course Concerning Personal Financial Management on Official Form #B23 is filed by the debtor(s) with the Clerk, U.S. Bankruptcy Court.

To obtain Official Form #B23, go to www.uscourts.gov and click on Forms & Fees, then Bankruptcy Forms.

To obtain a list of approved providers for the financial management course, go to www.justice.gov/ust and click on "Credit Counseling and Debtor Education" under Consumer Information.

Clerk, U.S. Bankruptcy Court
1001 SW 5th Ave #700
Portland, OR 97204